## STATEMENT OF FACTS

On or about April 21, 2025, members of the Metropolitan Police Department's (MPD) Robbery Suppression Unit (RSU) were operating during the evening tour of duty, utilizing unmarked police cruisers fully equipped with emergency equipment, in plain clothes wearing tactical vests with the word "POLICE" written on the front, and fully equipped with body-worn cameras. Officer Michael Perez, along with several other officers were conducting proactive patrol on the 5000 Block of C St SE, Washington, D.C. 20019.

At around 5:36 PM, RSU officers observed Joshua Gulliver and the defendant, Stephan FREEMAN (hereinafter referenced as FREEMAN), standing next to a Gold Lexus SUV with Maryland tag 5GKXXXX (hereinafter referenced as gold Lexus SUV). Officers observed Gulliver smoking a marijuana cigarette in public. During Gulliver's arrest, officers observed a red plastic cup with a brown liquid in the center console, *see Figure 1, 2*, and a bottle of bourbon whiskey behind the driver's seat in plain view. *See Figure 3*. FREEMAN identified the car to be his and a WALES NCIC revealed the car was registered to his sibling and was suspended. Officers arrested FREEMAN for possession of an open container of alcohol.



*Figure 1: Plastic Cup with Brown Liquor (indicated with red arrow)*



*Figure 2: Brown Liquor in Plastic Cup*



*Figure 3: Bottle of Bourbon Whiskey in Car*

The gold Lexus SUV incident to FREEMAN's arrest. During the search, officers found a black backpack with a green interior on the floor of the driver's side. The black backpack contained a black semi-automatic pistol Ruger Model 9E 9-millimeter with a serial number of 335-84819. *See Figure 4, 5.* There were sixteen rounds of ammunition inside a large capacity feeding device (holds up to seventeen rounds) found inside the firearm with one round in the chamber. *See Figure 6.* A WALES NCIC query of the firearm revealed that it was stolen out of South Fulton, Atlanta, Georgia. The officers searched the bag again and it contained multiple credit cards and an identification card from the Anne Arundel Detention Facility, all in FREEMAN's name. *See Figure 7, 8.*



*Figure 4: Firearm Found in Black Backpack*



*Figure 5: Serial Number of Firearm*



*Figure 6: Firearm, Ammunition, and Magazine Recovered*



*Figure 7: Opened Black Backpack with Green Interior and Credit Cards in FREEMAN's Name.*



*Figure 8: Anne Arundel County Detention Facility Identification in FREEMAN's name (date of birth redacted).*

Your affiant is aware no firearms or ammunition is manufactured within the District of Columbia and therefore the recovered firearm and ammunition traveled in and affected interstate commerce.

FREEMAN's identity was ▬▬▬▬▬▬▬, through a WALES/NCIC check. FREEMAN was previously convicted on May 3, 2019, under CT181418B as guilty of Conspiracy to Commit Robbery in Prince George's County, Maryland, and sentenced to fifteen years imprisonment with thirteen years, six months suspended, and three years supervised probation.  FREEMAN was also convicted on May 3, 2019, under CT181185X as guilty of Unlawful Possession of a Firearm in Seat Pleasant, Maryland, and on August 23, 2019, was sentenced to five years confinement with three years, six months suspended and three years supervised probation.  Accordingly, FREEMAN would have been aware that he was previously convicted of a crime punishable by a term of imprisonment exceeding one year at the time he possessed this firearm and ammunition. Officers determined that FREEMAN did not have a license to carry or own a gun in Washington, D.C.



Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on April 25, 2025.


_____
HON. MOXILA A. UPADHYAYA
UNITED STATES MAGISTRATE JUDGE