AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By DC District Court at 12:18 pm, Apr 28, 2025

United States of America
v.
Stephan Freeman

*Defendant*

)
)
)
)
)
)
)

Case: 1:25-mj-00066
Assigned To: Upadhyaya, Moxila A.
Assign Date: 04/25/2025
Description : COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*          Stephan Freeman                         ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(g)(1) - Unlawful Possession of Ammunition By a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year.

Date:   04/25/2025

*M.H. Upadhyaya*
*Issuing officer's signature*

City and state:   Washington, D.C.

Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

| | |
|---|---|
| This warrant was received on *(date)* 4/28/25 at *(city and state)* Washington DC | , and the person was arrested on *(date)* 4/29/25 |

Date: 4/29/25

*Ard B Stall*
*Arresting officer's signature*

D. Stallman - DUSM
*Printed name and title*